JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CAFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EBONY MONIQUE EUSTEY, | ) Case No.: 2:23-cv-06512-KES |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT |
| | ) |
| v. | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATED:  January 11, 2024

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1